UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 13-217-JST (JPRx)                          Date:  April 29, 2013
Title:  The Leu Group and David Leu v. Gulf Underwriters Insurance Company

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Dwayne Roberts | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                              Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER REQUIRING PLAINTIFF TO
                        SHOW CAUSE RE SUBJECT-MATTER JURISDICTION**

        Plaintiffs The Leu Group and David Leu (collectively, "Plaintiffs") filed this case in federal court on the basis of diversity jurisdiction.  (Compl. ¶ 2, Doc. 1.)  However, Plaintiffs fail to properly allege their own citizenship as well as Defendant's citizenship.  Plaintiffs assert that The Leu Group is "a California Corporation," (Compl.), and "a Corporation doing business in California."  (*Id.* ¶ 4).  However, Plaintiffs do not allege the state in which The Leu Group has its principal place of business.  This information is necessary for the Court to determine The Leu Group's citizenship, and consequently, whether complete diversity exists between the parties. *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 85, 89 (2005) ("diversity of citizenship [exists] if there is complete diversity between all named plaintiffs and all defendants," and "[a] corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business") (quoting 28 U.S.C. § 1332(c)(1)).  Similarly, Plaintiffs fail to properly allege Defendant's citizenship, stating only that Gulf Underwriting Insurance Company is a "New York insurance company doing business in the State of California."  (*Id.* ¶ 6.)

        Accordingly, Plaintiffs are ordered to show cause no later than **May 10, 2013** why this case should not be dismissed for lack of subject-matter jurisdiction.  Failure to timely respond will result in immediate dismissal of this action.

                                                                Initials of Preparer:  _____