JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LEU GROUP, a California Corporation, and DAVID LEU, an individual, | Case No. SACV13-217 JLS (JPRx) |
| Plaintiffs, | **ORDER RE: JOINT STIPULATION RE: DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS BY ALL PARTIES** |
| v. | |
| GULF UNDERWRITERS INSURANCE COMPANY, a Corporation, and DOES 1 through 5, inclusive, | |
| Defendants. | |
| And related Counterclaim. | |

ORDER

The Court, having reviewed the JOINT STIPULATION RE: DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS BY ALL PARTIES filed by The Leu Group, David Leu, and Gulf Underwriters Insurance Company ("Stipulation"), HEREBY ORDERS as follows:

The Stipulation is granted. All claims shall be dismissed without prejudice.


IT IS SO ORDERED.


DATED:  October 08, 2013

_____

Honorable Josephine L. Staton
United States District Court
Judge Central District of California